# Exhibit 10

Case 1:18-md-02865-LAK    Document 332-22    Filed 04/27/20    Page 2 of 2 

# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

**Invoice Date**   22nd January 2013

**Invoice Number**   00014

**To**   Sterling Alpha LLC 401(k) Profit Sharing Plan
John Doscas

**Address**   11 Sterling Lane,
Sands Point, NY 11050,
United States of America

**Description**

| Description | Amount Euro |
|---|---|
| Amount due under Tax Reclaim Advisory Services Agreement | € 203,872.00 |
| | |
| Total amount due in January 2013 | € 203,872.00 |

**Contact**   Raj Shah
**Contact Telephone**   00971 (0) 4 376 4200
**Contact Email**   Ganymede@ganymedecayman.com

**Amount due on invoice date.**

**Payment details:**
**Bank details:**

JPMORGAN CHASE BANK FRANKFURT            CHASDEFX
JPMORGAN CHASE BANK                      CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C # ███████3630
IBAN GB08CHAS60924241243630

ELYSIUM-00001683