**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: The cases identified in Schedule A hereto. |

MASTER DOCKET

18-md-2865 (LAK)

**STIPULATION AND [PROPOSED] ORDER CLARIFYING ORDER LIMITING WAIVER PURSUANT TO RULE 502(d) OF THE FEDERAL RULES OF EVIDENCE**

Plaintiff Skatteforvaltningen ("SKAT") and the defendants identified in Schedule A hereto (collectively, the "Defendants"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

**WHEREAS,** on January 27, 2021, the Court entered the Stipulation and Order Limiting Waiver Pursuant to Rule 502(d) of the Federal Rules of Evidence (the "FRE 502(d) Order," No. 18-md-2865 (LAK), ECF No. 521) in which the Court ordered that Defendants' Disclosure of Privileged Documents or Advice in support of their reliance on the advice of counsel Defense shall not constitute or be deemed a waiver or subject matter waiver by the Non-Parties of the Privileges, or any other privilege, right, or protection against production or disclosure of the Privileged Documents and Advice or their contents, in these actions or in any other proceeding;[1]

**WHEREAS,** the parties wish to clarify that the Disclosure to be made in support of the Defense includes testimony about the Privileged Documents or Advice by counsel on whose advice Defendants assert they relied, including, but not limited to, defendant Michael Ben-Jacob

---

1.  Capitalized terms not defined herein have the meanings ascribed to them in the FRE 502(d) Order.

and non-defendant Peter Wells, and that such testimony by counsel also shall be without prejudice to the rights of the Non-Parties;

**WHEREAS**, the Non-Parties do not oppose the relief sought herein;

**NOW THEREFORE,** the parties hereby stipulate and agree as follows:

1.      The Disclosure, which under the FRE 502(d) Order shall not constitute or be deemed a waiver or subject matter waiver by the Non-Parties of the Privileges, or any other privilege, right, or protection against production or disclosure of the Privileged Documents and Advice or their contents, in these actions or in any other proceedings, includes testimony by Michael Ben-Jacob, Peter Wells, and any other counsel on whose advice Defendants contend they relied, about the Privileged Documents or Privileged Advice.

2.      The other terms of the FRE 502(d) Order concerning the confidentiality and use of documents produced and transcripts of testimony offered as part of the Disclosure shall apply equally to the Disclosure as made by Michael Ben-Jacob, Peter Wells, or any other counsel on whose advice Defendants contend they relied.

Dated: New York, New York
      May 19, 2021


By: /s/ Alan E. Schoenfeld                 By: /s/ Marc A. Weinstein
   (*e-signed with consent*)                  Marc A. Weinstein
   Alan E. Schoenfeld                  HUGHES HUBBARD & REED LLP
WILMER CUTLER PICKERING HALE   One Battery Park Plaza
AND DORR LLP                     New York, New York 10004-1482
7 World Trade Center             Telephone: (212) 837-6000
250 Greenwich Street             Fax: (212) 422-4726
New York, NY 10007              marc.weinstein@hugheshubbard.com
Telephone: (212) 230-8800
alan.schoenfeld@wilmerhale.com    *Counsel for Plaintiff Skatteforvaltningen*
                             *(Customs and Tax Administration of the*
*Counsel for Defendants Richard*    *Kingdom of Denmark)*
*Markowitz, Jocelyn Markowitz, Avanix*

*Management LLC Roth 401(K) Plan,*
*Batavia Capital Pension Plan, Calypso*
*Investments Pension Plan, Cavus Systems*
*LLC Roth 401(K) Plan, Hadron Industries*
*LLC Roth 401(K) Plan, RJM Capital*
*Pension Plan, RJM Capital Pension Plan*
*Trust, Routt Capital Pension Plan, and*
*Routt Capital Pension Plan Trust*


By: /s/ Sharon L. McCarthy
    (*e-signed with consent*)
    Sharon L. McCarthy
KOSTELANETZ & FINK, LLP
7 World Trade Center, 34th Floor
New York, NY 10007
Telephone: (202) 740-6999
smccarthy@kflaw.com

*Counsel for Defendants John van*
*Merkensteijn, Elizabeth van Merkensteijn,*
*Azalea Pension Plan, Bernina Pension*
*Plan, Bernina Pension Plan Trust,*
*Omineca Pension Plan, Omineca Trust,*
*Starfish Capital Management LLC Roth*
*401(K) Plan, Tarvos Pension Plan, Voojo*
*Productions LLC Roth 401(K) Plan,*
*Michelle Investments Pension Plan,*
*Remece Investments Pension Plan, and*
*Xiphias LLC Pension Plan*


SO ORDERED:

/s/ Lewis A. Kaplan  /BT      5/20/2021
_____
    Hon. Lewis A. Kaplan
    United States District Judge

## SCHEDULE A

| Case Number | Plan | Defendant(s) Asserting Reliance Defense |
|---|---|---|
| 18-cv-04833 | Raubritter LLC Pension Plan | Richard Markowitz; John van Merkensteijn |
| 19-cv-01867 | Avanix Management LLC Roth 401(K) Plan | Richard Markowitz |
| 19-cv-01895 | Batavia Capital Pension Plan | Richard Markowitz |
| 19-cv-01904 | Calypso Investments Pension Plan | Jocelyn Markowitz |
| 19-cv-01869 | Cavus Systems LLC Roth 401(K) Plan | Richard Markowitz |
| 19-cv-01868 | Hadron Industries LLC Roth 401(K) Plan | Richard Markowitz |
| 19-cv-01898 | RJM Capital Pension Plan | Richard Markowitz |
| 19-cv-01896 | Routt Capital Pension Plan | Richard Markowitz |
| 19-cv-01906 | Michelle Investments Pension Plan | Richard Markowitz; John van Merkensteijn |
| 19-cv-01911 | Remece Investments LLC Pension Plan | Richard Markowitz; John van Merkensteijn |
| 19-cv-01924 | Xiphias LLC Pension Plan | Richard Markowitz; John van Merkensteijn |
| 19-cv-01893 | Azalea Pension Plan | Elizabeth van Merkensteijn |

| Case Number | Plan | Defendant(s) Asserting Reliance Defense |
|---|---|---|
| 19-cv-01866 | Basalt Ventures LLC Roth 401(K) Plan | John van Merkensteijn |
| 19-cv-01865 | Bernina Pension Plan | John van Merkensteijn |
| 19-cv-01894 | Omineca Pension Plan | John van Merkensteijn |
| 19-cv-01871 | Starfish Capital Management LLC Roth 401(K) Plan | John van Merkensteijn |
| 19-cv-01930 | Tarvos Pension Plan | John van Merkensteijn |
| 19-cv-01873 | Voojo Productions LLC Roth 401(K) Plan | John van Merkensteijn |
| 19-cv-01785 | Albedo Management LLC Roth 401(K) Plan | Richard Markowitz; Avanix Management LLC |
| 19-cv-01781 | Ballast Ventures LLC Roth 401(K) Plan | Richard Markowitz; Cavus Systems LLC |
| 19-cv-01791 | Fairlie Investments LLC Roth 401(K) Plan | Richard Markowitz; Hadron Industries LLC |
| 19-cv-01783 | Bareroot Capital Investments LLC Roth 401(K) Plan | Richard Markowitz; Routt Capital Trust |
| 19-cv-01794 | Battu Holdings LLC Roth 401K Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-01798 | Cantata Industries LLC Roth 401(K) Plan | John van Merkensteijn; Omineca Trust |

| Case Number | Plan | Defendant(s) Asserting Reliance Defense |
|---|---|---|
| 19-cv-01788 | Dicot Technologies LLC Roth 401(K) Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-01918 | Vanderlee Technologies Pension Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-01922 | Cedar Hill Capital Investments LLC Roth 401(K) Plan | Richard Markowitz; Routt Capital Trust |
| 19-cv-01928 | Fulcrum Productions LLC Roth 401(K) Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-01926 | Green Scale Management LLC Roth 401(K) Plan | Richard Markowitz; Routt Capital Trust |
| 19-cv-01929 | Keystone Technologies LLC Roth 401(K) Plan | Richard Markowitz; Routt Capital Trust |
| 19-cv-01931 | Tumba Systems LLC Roth 401(K) Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-01800 | Crucible Ventures LLC Roth 401(K) Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-01803 | Limelight Global Productions LLC Roth 401(K) Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-01809 | Plumrose Industries LLC Roth 401K Plan | John van Merkensteijn; Omineca Trust |

| Case Number | Plan | Defendant(s) Asserting Reliance Defense |
| --- | --- | --- |
| 19-cv-01812 | Roadcraft Technologies LLC Roth 401(K) Plan | Richard Markowitz; Routt Capital Trust |
| 19-cv-01818 | True Wind Investments LLC Roth 401(K) Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-01870 | Eclouge Industry LLC Roth 401(K) Plan | Richard Markowitz; Routt Capital Trust |
| 19-cv-01792 | First Ascent Worldwide LLC Roth 401(K) Plan | Richard Markowitz; Routt Capital Trust |
| 19-cv-01806 | Loggerhead Services LLC Roth 401(K) Plan | Richard Markowitz; Routt Capital Trust |
| 19-cv-01808 | PAB Facilities Global LLC Roth 401(K) Plan | Richard Markowitz; Routt Capital Trust |
| 19-cv-01815 | Trailing Edge Productions LLC Roth 401(K) Plan | Richard Markowitz; Routt Capital Trust |
| 19-cv-01801 | Monomer Industries LLC Roth 401(K) Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-01810 | Pinax Holdings LLC Roth 401(K) Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-01813 | Sternway Logistics LLC Roth 401(K) Plan | John van Merkensteijn; Omineca Trust |
| 19-cv-10713 | 2321Capital Pension Plan; Bowline Management Pension | Richard Markowitz; John van Merkensteijn; Bernina |

| Case Number | Plan | Defendant(s) Asserting Reliance Defense |
|---|---|---|
| | Plan; California Catalog Company Pension Plan; Clove Pension Plan; DFL Investments Pension Plan; Davin Investments Pension Plan; Delvian LLC Pension Plan; Laegeler Asset Management Pension Plan; Lion Advisory Inc. Pension Plan; Mill River Capital Management Pension Plan; Next Level Pension Plan; Rajan Investments LLC Pension Plan; Spirit on the Water Pension Plan; Traden Investments Pension Plan | Pension Plan Trust; RJM Capital Pension Plan Trust |