# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office anti-v reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DD246A01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | E1YFC05 | Dell | Optiplex 7040 | 1B75282 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| DD246A02 | Natalia Vereinikina | First Search Order - Premises | Floor | Desktop | E1YFC04 | Dell | Optiplex 7040 | 6CF15282 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| DD246A03 | Unknown | First Search Order - Premises | Floor | Desktop | E1YFC06 | Dell | Optiplex 7040 | 8975282 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| DD246A04 | Uliat Tagova | First Search Order - Premises | Floor | Desktop | E1YFC04 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154934402295 | 240.00 | 2018/06/28 |
| DD246A05 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | E1YFC09 | Dell | Optiplex 7040 | GH75282 | Sandisk | SSD | 154711400405 | 240.00 | 2018/06/28 |
| DD246A06 | Sandesh Dhomne | First Search Order - Premises | Floor | Fan Drive | N/A | Dell | Optiplex 7040 | N/A | Teta | ProductCode | 507213350249313547 | 8.00 | 2018/06/28 |
| DD246A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | E1YFC01 | Dell | Optiplex 7040 | 6875282 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| DD246A08 | Claudia | First Search Order - Premises | Floor | Laptop | E1YLPT03 | Asus | UX305L | EANDC0T71444SH 12M | Seagate | ST500LM000-1EJ1 | W7860T76 | 500.00 | 2018/06/28 |
| DD246A09 | Nagraj | First Search Order - Premises | Floor | Drive Bag | EQU-MAC1 | Apple | NMC All-in one | C02DV1R65G7N | Apple | SSD | SPRMY4G0644B0 | 2000.00 | 2018/06/28 |
| DD246A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAG6 | Apple | Macbook Pro | C02T12R9GITFA | Apple | SSD | C02701302NAHCGK18 | 500.00 | 2018/06/28 |
| DD246A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's Premises | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| DD246A12 | Marta Lis | First Search Order - Premises | Floor | Desktop | E1YFC12 | Dell | Optiplex 7040 | H975282 | Sandisk | SSD | 25460740101 | 240.00 | 2018/06/28 |
| DD246A13 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YFC08 | Dell | Optiplex 7040 | 2H75282 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| DD246A14 | Marit Fernandes | First Search Order - Premises | Center office | Desktop | E1YFC03 | Dell | Optiplex 7040 | BC75282 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| DD246A15 | Sanjay Shah | First Search Order - Premises | Floor | Laptop | E1YIT083 / E1YLPT22 | Apple | iPhone 7 Plus | C02W1243E87534 12M | HGST | N/A | S00OS00NG672PF | 1000.00 | 2018/06/28 |
| DD246A16 | Sanjay Shah | First Search Order - Premises | Floor | Mobile | N/A | Apple | iPhone 7 Plus | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DD246A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's Mobile | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| DD246A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's Mobile | Mobile | N/A | Apple | iPhone 7 | 7075282 | N/A | N/A | N/A | N/A | 2018/06/28 |
| DD246A19 | Vidhiben Maniwala | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Sandisk | N/A | 984F0AE18E09 | 16.00 | 2018/06/28 |
| DD246A20 | Natalia Vereinikina | First Search Order - Premises | HR Room | Drive Bag | EQU-MAG3 | Apple | NMC All-in one | C02DV2C25G7N | Kingston | DT50S G2 | 98JHB04269 | 2000.00 | 2018/06/28 |
| DD246A21 | Puja Tiwari | First Search Order - Premises | Floor | Desktop | EQU-MAC3 | Apple | NMC All-in one | C02DV2C25G7N | Apple | SSD | SPRMY4G833710 | 2000.00 | 2018/06/28 |
| DD246A22 | Usha Shah | First Search Order - Premises | Mr. Shah's | Desktop | E1YFC07 | Dell | Optiplex 7040 | 4875282 | Sandisk | SSD | 154973402403 | 240.00 | 2018/06/28 |
| DD246A23 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | DVD | E1YFC11 | Dell | Optiplex 7040 | N/A | Imation | DVD-R | N/A | 4.70 | 2018/06/28 |
| DD246A24 | Wail Anwar | First Search Order - Premises | Floor | Desktop | E1YFC011 | Dell | Optiplex 7040 | 8G75282 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| DD246A25 | Natalia Vereinikina | First Search Order - Premises | Floor | Laptop | E1YLPT15 | Sony | VAIO / SVP1321A1CM | N/A | Samsung | SSD | S31YNYADG23B61 | 120.00 | 2018/06/28 |
| DD246A26 | Malaika | First Search Order - Premises | Floor | Laptop | N/A | Apple | N/A | N/A | N/A | N/A | N/A | N/A | 2018/07/01 |
| DD246A27 | Natalia Vereinikina | First Search Order - Premises | Floor | Desktop | N/A | Apple | iPhone 6 / iPhone SE / Service | N/A | N/A | N/A | N/A | N/A | 2018/07/01, 2018/07/03 |
| DD246A28 | Unknown | First Search Order - Premises | Floor | Drive Bag | EQU-MAC1 | Apple | NMC All-in one | C02QW2U9G6N | Apple | SSD | SPRMY4G873008 | 2000.00 | 2018/07/01, 2018/07/03 |
| DD246A29 | Unknown | First Search Order - Premises | Storage Cal | Desktop | N/A | Apple | MAC-Mini | C07H71A800.01 | Hitachi / App | HDD | 122600S 1HHZP1C | 500.00 | 2018/07/01 |
| DD246A30 | Unknown | First Search Order - Premises | Storage Cal | Desktop | N/A | Apple | MAC-Mini | C07H71P700.01 | Toshiba / App | HDD | 123X765OKT | 500.00 | 2018/07/01 |
| DD246A31 | Unknown | First Search Order - Premises | Storage Cal | DVD | N/A | N/A | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| DD246A32 | Unknown | First Search Order - Premises | Storage Cal Laptop | Laptop | E1YLPT02 | Asus | UX305L | EANDC0777203439 12M | Seagate | ST500LM000-1EJ1 | W760GWDC | 500.00 | 2018/07/01 |
| DD246A33 | Natalia Vereinikina | First Search Order - Premises | Storage Cal Laptop | Laptop | E1YLPT08 | Asus | UX305L | EDXDC1480020E 12M | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DD246A34 | Unknown | First Search Order - Premises | Storage Cal Laptop | Laptop | EQU-MAC5 | Apple | Macbook Pro - A1707 | C0JC_2617M | N/A | N/A | SM05212L | 500.00 | 2018/07/01 |
| DD246A35 | Unknown | First Search Order / USA | Laptop | E1YLPT06 | Asus | UX305L | F190CL155690565A 12M | HGST | N/A | S0A000SSG9NT8K | 1000.00 | 2018/07/02 |
| DD246A36 | Natalia Vereinikina | First Search Order - Premises | - | Network Share | admin@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| DD246A37 | Unknown | First Search Order - Premises | - | Network Share | asset@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| DD246A38 | Unknown | First Search Order - Premises | - | Network Share | cato@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DD246A39 | Sanjay Shah | First Search Order - Premises | - | Network Share | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| DD246A40 | Unknown | First Search Order - Premises | - | Network Share | cfo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| DD246A41 | Marit Fernandes | First Search Order - Premises | - | Network Share | consultant@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| DD246A42 | Usha Shah | First Search Order - Premises | - | Network Share | director@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.30 | 2018/07/02 |
| DD246A43 | Sandesh Dhomne | First Search Order - Premises | - | Network Share | fd@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| DD246A44 | Rashmi / Yothu / Mat | First Search Order - Premises | - | Network Share | finance@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| DD246A45 | Ucha Shah | First Search Order - Premises | - | Network Share | IT@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| DD246A46 | Unknown | First Search Order - Premises | - | Network Share | HR@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| DD246A47 | Stephania Paun / Uth | First Search Order - Premises | - | Network Share | Legal@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| DD246A48 | Unknown | First Search Order - Premises | - | Network Share | od@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.60 | 2018/07/02 |
| DD246A49 | Wail Anwar | First Search Order - Premises | Floor | Laptop | E1YLPT06 | Asus | UX305L | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.45 | 2018/07/10 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/10 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/10 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/12 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/02 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.20 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/10 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/07/12 |
| DD246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

**Privileged & Confidential**

| Evidence Ref | Custodian | Search Order | Office area / reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| D3246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| D3246A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | W8E1E5S1C5LJ5 | 1000.00 | 2018/08/14 |
| D3246A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | W8B1A75E2XLJ | 1000.00 | 2018/08/17 |
| D3246A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | W8F1E6S2E6X7 | 3000.00 | 2018/07/17 (Failed) |
| D3246A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | W8D1E5S5CCP1E | 1000.00 | 2018/07/25 |
| D3246A48 | Sanjay Shah | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| D3246A48 | Mark Fernandes | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| D3246A48 | Usha Shah | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| D3246A48 | Sandesh Dhomme | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| D3246A48 | Wail Anwar | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| D3246A48 | Unknown_Admin | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| D3246A48 | Unknown_Asset | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| D3246A48 | Unknown_Catchall | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| D3246A48 | Unknown_CFO | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| D3246A48 | Unknown_Finance | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| D3246A48 | Unknown_HR | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| D3246A48 | Unknown_Legal | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| D3246A48 | Unknown_OO | Remote Server Collection | - | Email Containers - Minmecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| D3246A49 | Sanjay Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| D3246A49 | Mark Fernandes | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| D3246A49 | Usha Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| D3246A49 | Sandesh Dhomme | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.42 | 2018/09/25 |
| D3246A49 | Wail Anwar | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| D3246A49 | Unknown_Admin | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| D3246A49 | Unknown_Asset | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.87 | 2018/09/25 |
| D3246A49 | Unknown_Catchall | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| D3246A49 | Unknown_CFO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| D3246A49 | Unknown_Finance | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| D3246A49 | Unknown_HR | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.99 | 2018/09/25 |
| D3246A49 | Unknown_Legal | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| D3246A49 | Unknown_OO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| D3246O01 | Philip Purwar | Provided by Legal Counsel | - | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| D3246O02 | Multiple | First Search Order - Premises | - | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| D3246V01 | Multiple | Remote Server Collection | - | DociCall DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| D3246V02 | Multiple | Remote Server Collection | - | VM Export (Elysium-DC-elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| D3246V03 | Multiple | Remote Server Collection | - | Sage Server (ely-sageisvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| D3246V04 | Multiple | Remote Server Collection | - | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

Page 2

**Exhibit 5**