# Exhibit 43

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2               CASE NO.  18-MD-2865 (LAK)

 3    _____
                                              )
 4    IN RE:                                  )
                                              )
 5    CUSTOMS AND TAX ADMINISTRATION OF       )
      THE KINGDOM OF DENMARK                  )
 6    (SKATTEFORVALTNINGEN) TAX REFUND        )
      SCHEME LITIGATION                       )
 7                                            )
      This document relates to case nos.      )
 8    19-cv-01783; 19-cv-01788; 19-cv-01794;  )
      19-cv-01798; 19-cv-01918                )
 9    _____)

10

11

12

13

14        REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

15                      EXAMINATION OF

16                      ROBERT KLUGMAN

17                   DATE: January 28, 2021

18

19

20

21

22

23

24

25          REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

Robert Klugman - January 28, 2021

Page 13

1   R O B E R T  K L U G M A N,
2          called as a witness, having been first
3   duly sworn according to law, testifies as follows:
4
5
6   EXAMINATION BY MR. MAGUIRE:
7       Q   Good morning, Mr. Klugman?
8       A   Good morning.
9       Q   So I'm Bill Maguire and I represent
10  the plaintiff who I'm going to call SKAT.
11  And I will ask you questions today.
12          We need a clear record, so could I
13  ask you, please, if there's any question that
14  I ask you that you don't understand, please
15  let me know and give me a chance to fix the
16  question.
17      A   Okay.  Just one question before we
18  start.  Your audio is a little -- I don't
19  know if I'm the only person to hear the
20  audio.
21          It's a little fuzzy compared to the
22  other two previous speakers.
23      Q   I will move a little closer.
24          Is that a little better?
25      A   A little better, yes.

Robert Klugman - January 28, 2021

Page 65

1   going forward.
2         Q    So that was just after -- same
3   month, but later in the month, as the first
4   trades that were done in early August.
5              Was there any discussion about
6   those trades?
7         A    Not that I recall.  It's certainly
8   possible that that would have been covered.
9         Q    And what do you recall about that,
10  the discussion of trades going forward?
11        A    I don't remember specifically.  It
12  was just, I think, we -- we may have
13  confirmed that the profit split.  But other
14  than that, I don't really recall anything
15  specifically.
16        Q    And what was the profit split?
17        A    That he was going to get 75 percent
18  of the reclaims.
19        Q    And then the remaining 25 percent
20  would be split among the other participants?
21        A    Yes.
22        Q    Was there any discussion of the
23  expectation of the return, what the hundred
24  percent, what that would be?
25        A    I don't recall that overall level