# Exhibit 47, Part 6

CONFIDENTIAL

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.12 - Summary of Dividend Refund Claims Filed by the Costello Advisors Pension Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 05/07/15 | Syntax GIS | Novozymes A/S - B | 754,559 | 611,193 | 92,269 |
| 05/07/15 | Syntax GIS | TDC A/S | 3,215,984 | 868,316 | 131,086 |
| 05/07/15 | Syntax GIS | DSV A/S | 799,852 | 345,536 | 52,164 |
| 05/07/15 | Syntax GIS | Danske Bank A/S | 3,252,599 | 4,830,110 | 729,183 |
| 05/07/15 | Syntax GIS | Pandora A/S | 448,005 | 1,088,652 | 164,350 |
| 05/07/15 | Syntax GIS | GN Store Nord A/S | 631,884 | 153,548 | 23,181 |
| 05/07/15 | Syntax GIS | Novo Nordisk A/S - B | 6,731,490 | 9,087,512 | 1,371,907 |
| 05/07/15 | Syntax GIS | Tryg A/S | 35,294 | 276,352 | 41,720 |
| 05/07/15 | Syntax GIS | FLSmidth & Co A/S | 80,583 | 195,817 | 29,562 |
| 05/07/15 | Syntax GIS | Carlsberg A/S - B | 179,029 | 435,040 | 65,676 |
| 05/07/15 | Syntax GIS | Vestas Wind Systems A/S | 380,663 | 400,838 | 60,513 |
| 05/07/15 | Syntax GIS | A.P. Møller Mærsk A/S - A | 7,904 | 4,206,272 | 635,005 |
| 05/07/15 | Syntax GIS | A.P. Møller Mærsk A/S - B | 8,100 | 4,310,577 | 650,751 |
| 05/15/15 | Syntax GIS | Coloplast A/S - B | 294,479 | 357,792 | 54,858 |
| | | **Total** | | **27,167,553** | **4,102,226** |

Notes:
[1] SKAT_MDL_001_00085151.
[2] Historical daily exchange rates obtained from Capital IQ.

CONFIDENTIAL

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.13 - Summary of Dividend Refund Claims Filed by the Proper Pacific LLC 401(K) Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 04/20/15 | Goal Taxback Limited | Chr. Hansen Holding A/S | 839,500 | 854,527 | 122,962 |
| 04/20/15 | Goal Taxback Limited | Coloplast A/S - B | 930,208 | 1,883,671 | 271,051 |
| 04/21/15 | Goal Taxback Limited | Novo Nordisk A/S - B | 6,634,763 | 8,956,930 | 1,288,730 |
| 04/21/15 | Goal Taxback Limited | A.P. Møller Mærsk A/S - A | 7,879 | 4,192,967 | 603,287 |
| 04/21/15 | Goal Taxback Limited | A.P. Møller Mærsk A/S - A | 8,083 | 4,301,530 | 618,907 |
| 04/27/15 | Goal Taxback Limited | Novozymes A/S - B | 683,931 | 553,984 | 80,876 |
| 04/27/15 | Goal Taxback Limited | TDC A/S | 3,293,727 | 889,306 | 129,830 |
| 04/27/15 | Goal Taxback Limited | DSV A/S | 692,422 | 299,126 | 43,669 |
| 04/27/15 | Goal Taxback Limited | Danske Bank A/S | 2,906,712 | 4,316,467 | 630,160 |
| 04/27/15 | Goal Taxback Limited | Pandora A/S | 400,364 | 972,885 | 142,031 |
| 04/27/15 | Goal Taxback Limited | GN Store Nord A/S | 622,804 | 151,341 | 22,094 |
| 04/27/15 | Goal Taxback Limited | Tryg A/S | 34,813 | 272,586 | 39,795 |
| 04/27/15 | Goal Taxback Limited | FLSmidth & Co A/S | 81,037 | 196,920 | 28,748 |
| 04/27/15 | Goal Taxback Limited | Carlsberg A/S - B | 180,313 | 438,161 | 63,967 |
| 04/27/15 | Goal Taxback Limited | Vestas Wind Systems A/S | 377,809 | 397,833 | 58,079 |
| 05/15/15 | Goal Taxback Limited | Coloplast A/S - B | 294,370 | 357,660 | 54,838 |
| | | **Total** | | **29,035,894** | **4,199,026** |

Notes:
[1] SKAT_MDL_001_00077772.
[2] Historical daily exchange rates obtained from Capital IQ.

CONFIDENTIAL

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.14 - Summary of Dividend Refund Claims Filed by the SVP 401(K) Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 05/26/15 | Syntax GIS | Novozymes A/S - B | 806,895 | 653,585 | 95,360 |
| 05/26/15 | Syntax GIS | TDC A/S | 2,997,556 | 809,340 | 118,085 |
| 05/26/15 | Syntax GIS | DSV A/S | 786,623 | 339,821 | 49,581 |
| 05/26/15 | Syntax GIS | Pandora A/S | 457,499 | 1,111,723 | 162,203 |
| 05/26/15 | Syntax GIS | Danske Bank A/S | 3,321,528 | 4,932,469 | 719,659 |
| 05/26/15 | Syntax GIS | GN Store Nord A/S | 539,922 | 131,201 | 19,143 |
| 05/26/15 | Syntax GIS | Novo Nordisk A/S - B | 5,751,820 | 7,764,957 | 1,132,925 |
| 05/26/15 | Syntax GIS | Tryg A/S | 34,929 | 273,494 | 39,903 |
| 05/26/15 | Syntax GIS | FLSmidth & Co A/S | 80,428 | 195,440 | 28,515 |
| 05/26/15 | Syntax GIS | Carlsberg A/S - B | 178,819 | 434,530 | 63,399 |
| 05/26/15 | Syntax GIS | Vestas Wind Systems A/S | 372,304 | 392,036 | 57,199 |
| 05/26/15 | Syntax GIS | A.P. Møller Mærsk A/S - A | 7,841 | 4,172,745 | 608,813 |
| 05/26/15 | Syntax GIS | A.P. Møller Mærsk A/S - B | 7,859 | 4,182,324 | 610,211 |
| 05/26/15 | Syntax GIS | Coloplast A/S - B | 295,344 | 358,843 | 52,356 |
| | | **Total** | | **25,752,508** | **3,757,351** |

Notes:
[1] SKAT_MDL_001_027929.
[2] Historical daily exchange rates obtained from Capital IQ.

CONFIDENTIAL

**In Re: Customs and Tax Adminsitration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**

**Exhibit 2.15 - Summary of Dividend Refund Claims Filed by the Oaks Group Pension Plan with SKAT[1]**

| Date of Dividend Refund Claim | Payment Agent | Security | Number of Shares | Claimed Withheld Dividend Tax (in DKK) | Claimed Withheld Dividend Tax (in USD)[2] |
|---|---|---|---|---|---|
| 04/17/15 | Acupay System LLC | Chr. Hansen Holding A/S | 882,144 | 897,934 | 130,077 |
| 04/17/15 | Acupay System LLC | Coloplast A/S - B | 990,463 | 2,005,688 | 290,549 |
| 04/24/15 | Acupay System LLC | Novo Nordisk A/S - B | 6,265,681 | 8,458,669 | 1,232,701 |
| 04/24/15 | Acupay System LLC | A.P. Møller Mærsk A/S - A | 39,792 | 21,176,109 | 3,086,042 |
| 04/24/15 | Acupay System LLC | A.P. Møller Mærsk A/S - B | 40,186 | 21,385,784 | 3,116,598 |
| 05/01/15 | Acupay System LLC | Novozymes A/S - B | 699,630 | 566,700 | 84,998 |
| 05/01/15 | Acupay System LLC | TDC A/S | 2,808,409 | 758,270 | 113,731 |
| 05/01/15 | Acupay System LLC | DSV A/S | 558,466 | 241,257 | 36,186 |
| 05/01/15 | Acupay System LLC | Danske Bank A/S | 3,256,796 | 4,836,342 | 725,393 |
| 05/01/15 | Acupay System LLC | Pandora A/S | 448,583 | 1,090,057 | 163,495 |
| 05/01/15 | Acupay System LLC | GN Store Nord A/S | 588,158 | 142,922 | 21,437 |
| 05/01/15 | Acupay System LLC | Tryg A/S | 174,086 | 1,363,093 | 204,448 |
| 05/01/15 | Acupay System LLC | FLSmidth & Co A/S | 400,182 | 972,442 | 145,855 |
| 05/01/15 | Acupay System LLC | Carlsberg A/S - B | 889,131 | 2,160,588 | 324,062 |
| 05/01/15 | Acupay System LLC | Vestas Wind Systems A/S | 1,877,229 | 1,976,722 | 296,485 |
| 05/22/15 | Acupay System LLC | Coloplast A/S - B | 1,459,548 | 1,773,351 | 261,935 |
| | | **Total** | | **69,805,930** | **10,233,991** |

Notes:

[1] SKAT_MDL_001_035653.

[2] Historical daily exchange rates obtained from Capital IQ.

## APPENDIX D

## EXHIBIT 3 – BELLWETHER CASE TRADES

**PROVIDED ELECTRONICALLY**

# APPENDIX D

## EXHIBIT 4 – BELLWETHER CASH FLOW ANALYSIS

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 4 – Summary of Bellwether Cash Flows

| Pension Plan[1] | Beneficiary[1] | Purported Danish Stock Investment[2] | Purported Dividends[3] | Refunds Received | Reclaim Agent Fee | Ganymede Payment | Purported Trading and Brokers Fees | Partnership Payments | Other | Amount Left for Plan | % of Tax Refund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernina Pension Plan[4] | John von Merkensteijn | $ 1,878,998,228 | $ 38,365,775 | $ 10,358,759 | $ (94,394) | $ (6,875,498) | $ (195,420) | $ - | $ - | $ 3,193,447 | 30.8% |
| RJM Capital Pension Plan[5] | Richard Markowitz | $ 1,970,247,159 | $ 39,910,271 | $ 10,621,413 | $ (55,545) | $ (7,107,621) | $ (70,814) | $ - | $ - | $ 3,387,433 | 31.9% |
| Delvian LLC Pension Plan[5] | Alicia Colodner | $ 2,066,790,606 | $ 44,953,257 | $ 11,923,504 | $ (53,830) | $ (7,849,298) | $ (136,322) | $ (3,689,851) | $ - | $ 194,203 | 1.6% |
| Basalt Ventures LLC Roth 401(k) Plan[6] | John von Merkensteijn | $ 672,112,226 | $ 15,373,992 | $ 4,150,978 | $ (35,283) | $ (3,113,233) | $ (115,581) | $ - | $ - | $ 886,880 | 21.4% |
| STOR Capital Consulting LLC 401(k) Plan[7] | Robert Klugman | $ 646,576,763 | $ 14,657,801 | $ 3,957,606 | $ (33,640) | $ (2,968,205) | $ (94,177) | $ - | $ - | $ 861,585 | 21.8% |
| Edgepoint Capital LLC Roth 401(k) Plan[8] | Robert Klugman | $ 802,387,731 | $ 17,092,435 | $ 4,704,675 | $ (35,285) | $ (3,528,506) | $ (147,493) | $ - | $ - | $ 993,391 | 21.1% |
| Loggerhead Services LLC Roth 401(k) Plan[9] | Perry Lerner | $ 1,074,275,449 | $ 38,725,090 | $ 10,455,774 | $ (52,061) | $ (7,841,831) | $ (132,379) | $ (2,350,183) | $ 41,194 | $ 120,514 | 1.2% |
| Roadcraft Technologies LLC Roth 401(k) Plan[10] | Ronald Altbach | $ 1,041,022,669 | $ 36,885,870 | $ 9,959,185 | $ (53,866) | $ (7,469,389) | $ (148,186) | $ (2,316,050) | $ 150,274 | $ 121,067 | 1.2% |
| The Baerenost Capital Investments LLC 401(k) Plan[11] | David Zelman | $ 694,869,341 | $ 16,223,622 | $ 4,380,378 | $ (32,853) | $ (3,285,283) | $ (119,089) | $ (933,950) | $ 38,134 | $ 47,337 | 1.1% |
| The Costello Advisors Pension Plan[12] | Gavin Crescenzo | $ 660,099,881 | $ 14,872,599 | $ 4,015,602 | $ (30,117) | $ (3,889,380) | $ (96,105) | $ - | $ - | $ - | 0.0% |
| The LBR Capital Pension Plan[13] | Doston Bradley | $ 737,873,456 | $ 15,891,086 | $ 4,290,593 | $ (42,906) | $ (4,118,328) | $ (129,301) | $ - | $ (59) | $ - | 0.0% |
| The FWC Capital LLC Pension Plan[14] | Roger Lehman | $ 1,183,509,081 | $ 38,830,045 | $ 10,484,112 | $ (53,252) | $ (10,275,618) | $ (155,142) | $ - | $ - | $ - | 0.0% |
| The Proper Pacific LLC 401(k) Plan[15] | Doston Bradley | $ 783,034,148 | $ 15,995,932 | $ 4,318,902 | $ (43,189) | $ (4,150,142) | $ (125,582) | $ - | $ 11 | $ - | 0.0% |
| The Oaks Group Pension Plan[16] | Matthew Tucci | $ 1,139,614,285 | $ 38,221,886 | $ 10,319,909 | $ (52,108) | $ (10,140,940) | $ (133,557) | $ - | $ 6,695 | $ - | 0.0% |
| The SVP 401(k) Plan[17] | Svetlin Petkov | $ 610,996,178 | $ 14,097,947 | $ 3,806,446 | $ (28,548) | $ (3,689,260) | $ (88,637) | $ - | $ - | $ - | 0.0% |
| **Total** | | $ 15,962,407,201 | $ 400,097,608 | $ 107,747,836 | $ (696,977) | $ (86,302,533) | $ (1,887,784) | $ (9,290,034) | $ 236,249 | $ 9,806,757 | |
| *% of Tax Refunds* | | | | | | 80.1% | | | 8.6% | | |

Notes:

1 See Exhibit 3.01-3.04

2 This amount represents the USD equivalent of Step 1 of the Solo Trading Loops shown in Exhibit 3. Historical daily exchange rates obtained from Capital IQ.

3 Dividends converted into USD using historical daily exchange rates obtained from Capital IQ. See SKAT_MDL_001_00059498; SKAT_MDL_001_00059693; SKAT_MDL_001_00079683; SKAT_MDL_001_00080795; SKAT_MDL_001_01458b; SKAT_MDL_001_00060743; SKAT_MDL_001_00058852; SKAT_MDL_001_00048946; SKAT_MDL_001_00085151; SKAT_MDL_001_00082801; SKAT_MDL_001_00088372; SKAT_MDL_001_03553; SKAT_MDL_001_027929

4 WH_MDL_00037988; MPSKAT000081173; MPSKAT00055392; MPSKAT00016523; MPSKAT00165885; MPSKAT00169382; WH_MDL_00108321; MPSKAT00001427; MPSKAT00001580; MPSKAT00003260; GUNDERSON00003181; MPSKAT00001626; GUNDERSON00003181; MPSKAT00045444; MPSKAT00003360; MPSKAT00003278; MPSKAT00010955; MPSKAT00103718; MPSKAT00129628; MPSKAT00131661; MPSKAT00145731

5 MPSKAT00160609

6 WH_MDL_00162577; MPSKAT00007325; GUNDERSON00009434; MPSKAT00007256; WH_MDL_00037259; WH_MDL_00043703; WH_MDL_00043788; WH_MDL_00049841; WH_MDL_00080278; JHVM_0001854

7 ELYSIUM-05093143; KLUGMAN00007805; KLUGMAN00007806; KLUGMAN00007807; STOR00001880

8 KLUGMAN00019243; MPSKAT00007521; MPSKAT00006968; KLUGMAN00003945; WH_MDL_00037493; WH_MDL_00037495; WH_MDL_00044408; WH_MDL_00086296; WH_MDL_00059929; KLUGMAN00003565

9 MBU_0048625; ELYSIUM-05394473; MPSKAT00007016; MPSKAT00008939; WH_MDL_00090795; KLUGMAN00003356; LBR00000089; MPSKAT00005894; MPSKAT00008678; PL00000563

10 WH_MDL_00029587; MPSKAT00007547; MPSKAT00007012; KLUGMAN00003362; WH_MDL_00090784; WH_MDL_00037264; WH_MDL_00049846; WH_MDL_00050282; KLUGMAN00003260; WH_MDL_00090783; RC00000056

11 WH_MDL_00029448; MPSKAT00007323; MPSKAT00006992; WH_MDL_00025572; WH_MDL_00022589; WH_MDL_00043483; JHBR00004044; KLUGMAN00003204; WH_MDL_00090733

12 LEHMAN00019473; COSTELLO00000992; COSTELLO00000013; COSTELLO00000314

13 LBR00000139-346; LBR00000126; ELYSIUM-05065440; ELYSIUM-05088638

14 FWCCAP00000194; LEHMAN00019330; ELYSIUM-05088637; ELYSIUM-05268913; FWCCAP00000407-413

15 PROPPACIF00000533; ELYSIUM-05088639; ELYSIUM-05093143; PROPPACIFIC00000113; PROPPACIFIC00000317-321

16 OAKS00000066; OAKS00000085; OAKS00000294-296

17 ELYSIUM-05093145; SVP00000317-313

# APPENDIX D

## EXHIBIT 5 – SAMPLE CASH FLOW ANALYSIS

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.01 - Summary of Cash Flows from Sample Claims (Argre)

| Shareholder (Pension Plan) | Beneficiary[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Partnership % | Partnership Payment (USD)[3] | Maximum Potential Amount Remaining for Plan (USD)[4] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mill River Capital Management Pension Plan[5] | Adam Lareau | Chr. Hansen Holding A/S | 12/21/2012 | 2/6/2013 | 783,000.00 | 5.51135 | 142,070.45 | 66.7% | (94,718.37) | 90% | (42,616.67) | 4,735.21 | 3.3% |
| Xpilnas LLC Pension Plan[6] | Quartet | Novo Nordisk A/S - B | 4/19/2013 | 5/15/2013 | 13,851,000.00 | 5.79878 | 2,388,605.88 | 66.7% | (1,592,483.54) | n/a | - | 796,122.34 | 33.3% |
| 2321 Capital Pension Plan[7] | Lake McGee | DSV A/S | 4/19/2013 | 5/15/2013 | 286,875.00 | 5.79878 | 49,471.61 | 66.1% | (32,676.00) | 95% | (15,955.83) | 839.78 | 1.7% |
| Remece Investments LLC Pension Plan[8] | Quartet | TDC A/S | 4/23/2013 | 5/8/2013 | 2,235,600.00 | 5.6543 | 395,378.41 | 66.3% | (262,135.89) | n/a | - | 133,242.52 | 33.7% |
| California Catalog Company Pension Plan[9] | Daniel Stein | H. Smails & Co A/S | 5/16/2013 | 6/17/2013 | 777,600.00 | 5.59373 | 139,012.79 | 66.1% | (91,817.95) | 95% | (44,835.10) | 2,359.74 | 1.7% |
| DFL Investments Pension Plan[10] | David Colodner | Tryg A/S | 5/16/2013 | 6/17/2013 | 1,614,600.00 | 5.59373 | 288,644.61 | 66.1% | (190,649.76) | 95% | (93,095.10) | 4,899.74 | 1.7% |
| Rushrefer LLC Pension Plan[11] | Alexander Burns | A.P. Moller Maersk A/S - B | 5/16/2013 | 6/17/2013 | 3,110,400.00 | 5.59373 | 556,051.15 | 66.1% | (367,271.78) | 90% | (169,901.43) | 18,877.94 | 3.4% |
| Michelle Investments Pension Plan[12] | Quartet | Novo Nordisk A/S - B | 5/16/2013 | 6/17/2013 | 14,580,000.00 | 5.59373 | 2,606,489.77 | 66.1% | (1,723,411.03) | n/a | - | 883,078.73 | 33.9% |
| Davis Investments Pension Plan[13] | David Vinyon | Tryg A/S | 6/12/2013 | 6/27/2013 | 877,590.00 | 5.73072 | 153,122.12 | 66.1% | (101,259.66) | 90% | (46,676.22) | 5,186.25 | 3.4% |
| Next Level Pension Plan[14] | Edwin Miller | Chr. Hansen Holding A/S | 12/10/2013 | 1/2/2014 | 1,325,488.64 | 5.46185 | 242,681.26 | 66.7% | (161,795.60) | 95% | (76,841.38) | 4,044.28 | 1.7% |
| 2321 Capital Pension Plan[15] | Lake McGee | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,699,110.00 | 5.51333 | 308,182.17 | 66.7% | (205,465.05) | 95% | (97,581.26) | 5,135.86 | 1.7% |
| Michelle Investments Pension Plan[16] | Quartet | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,854,090.00 | 5.51333 | 336,292.22 | 66.7% | (224,206.02) | n/a | - | 112,086.20 | 33.3% |
| Laegeler Asset Management Pension Plan[17] | Brian & Cindy Laegeler | Danske Bank A/S | 4/17/2014 | 6/3/2014 | 2,351,536.92 | 5.47754 | 429,305.29 | 66.0% | (286,217.84) | n/a | - | 14,308.75 | 3.3% |
| Bowline Management Pension Plan[17] | Lake McGee | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 641,734.92 | 5.48118 | 117,079.70 | 66.6% | (77,975.08) | 95% | (37,149.39) | 1,955.23 | 1.7% |
| Davis Investments Pension Plan[17] | David Vinyon | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 763,830.00 | 5.48118 | 139,355.03 | 66.7% | (92,908.00) | 90% | (41,802.33) | 4,644.70 | 3.3% |
| Next Level Pension Plan[17] | Edwin Miller | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 690,261.48 | 5.48118 | 125,933.01 | 66.7% | (83,959.54) | 95% | (39,874.80) | 2,098.67 | 1.7% |
| Remece Investments LLC Pension Plan[18] | Quartet | TDC A/S | 8/15/2014 | 8/28/2014 | 1,130,020.88 | 5.65628 | 199,781.64 | 66.1% | (132,055.66) | n/a | - | 67,725.98 | 33.9% |
| **Total** | | | | | **48,572,647.84** | | **8,617,457.11** | | **(5,721,096.77)** | | **(835,108.42)** | **2,061,341.92** | |
| *% of Tax Refunds* | | | | | | | | | *66.4%* | | *9.7%* | | |

Notes:
1  See Exhibit 1.01.
2  S&P Capital IQ
3  Partnership payments are calculated by applying the partnership percentages from each plan's agreement to net expenses which were paid by the plans to brokers and other Skats related entities. See Richard Markowitz Exhibit 2133.
4  This does not take into account additional expenses which were paid by the plan to brokers and other Skats related entities.
5  ELVSUM-00271121, MPSKAT00164001-00165, MPSKAT-07002011
6  ELVSUM-00250767, MPSKAT00005012
7  WH_MDL_00032872, MPSKAT00001358
8  ELVSUM-00250767
9  JRVM_0002595 MPSKAT07002222, MPSKAT00085491
10  JRVM_0005489 MPSKAT07008416
11  JRVM_0005282, MPSKAT07003842
12  JRVM_0005262 MPSKAT07003355
13  JRVM_0000014, MPSKAT07005944
14  ELVSUM-00186605, ELVSUM-07041870, MPSKAT00101963
15  ELVSUM-00186605 ELVSUM-07041870, MPSKAT00016983
16  ELVSUM-00186605 ELVSUM-07041870, MPSKAT00010724
17  ELVSUM-00252000, ELVSUM-00269912
18  ELVSUM-00269912, MPSKAT00143527

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5-D2 – Summary of Cash Flows from Sample Claims (Kaye Scholer)

| Shareholder (Pension Plan) | Beneficiary[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Guaranode % | Payment to Guaranode (USD) | Partnership %[3] | Partnership Payment (USD) | Maximum Potential Amount Remaining for Plan (USD)[4] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Routt Capital Pension Plan[5] | Richard Markowitz | Coloplast A/S - B | 12/15/2014 | 4/20/2015 | 2,104,027.65 | 6.9367 | $ 303,318.24 | 75.0% | $ (227,488.68) | n/a | $ - | $ 75,829.56 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan[6] | Edwin Miller | A.P. Moller Maersk A/S - A | 4/14/2015 | 5/22/2015 | 12,684,804.12 | 6.75566 | $ 1,877,655.79 | 75.0% | $ (1,408,241.84) | 95% | $ (445,943.25) | $ 23,470.70 | 1.3% |
| Green Scale Management LLC Roth 401(K) Plan[7] | Edwin Miller | A.P. Moller Maersk A/S - A | 4/24/2015 | 5/21/2015 | 21,395,362.68 | 6.70381 | $ 3,191,522.83 | 75.0% | $ (2,393,642.12) | 93% | $ (757,986.67) | $ 39,894.04 | 1.3% |
| Routt Capital Pension Plan[8] | Richard Markowitz | Tryg A/S | 5/1/2015 | 5/21/2015 | 817,287.57 | 6.70381 | $ 121,913.89 | 75.0% | $ (91,435.42) | n/a | $ - | $ 30,478.47 | 25.0% |
| Trailing Edge Productions LLC Roth 401(K) Plan[9] | Perry Lerner | Tryg A/S | 4/27/2015 | 5/29/2015 | 273,642.84 | 6.9974 | $ 40,256.99 | 75.0% | $ (30,192.74) | 93% | $ (9,561.03) | $ 503.21 | 1.3% |
| Tree Wind Investments LLC Roth 401(K) Plan[10] | Ronald Altbach | Carlsberg A/S - B | 4/27/2015 | 5/29/2015 | 431,845.02 | 6.9974 | $ 63,530.91 | 75.0% | $ (47,648.18) | 95% | $ (15,088.59) | $ 794.14 | 1.3% |
| Fulcrum Productions LLC Roth 401(K) Plan[11] | Edwin Miller | TDC A/S | 4/28/2015 | 5/29/2015 | 788,100.30 | 6.9974 | $ 115,941.43 | 75.0% | $ (86,956.08) | 95% | $ (27,536.09) | $ 1,449.27 | 1.3% |
| The Random Holdings 401(K) Plan[8] | Edwin Miller | TDC A/S | 4/30/2015 | 5/29/2015 | 769,460.85 | 6.9974 | $ 113,199.29 | 75.0% | $ (84,899.47) | n/a | $ - | $ 28,299.82 | 25.0% |
| Hudson Industries LLC Roth 401(K) Plan[8] | Richard Markowitz | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 197,131.32 | 6.9974 | $ 29,000.99 | 75.0% | $ (21,750.74) | n/a | $ - | $ 7,250.25 | 25.0% |
| The Random Holdings 401(K) Plan[8] | Robert Klugman | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 194,927.31 | 6.9974 | $ 28,676.75 | 75.0% | $ (21,507.56) | n/a | $ - | $ 7,169.19 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan[12] | Edwin Miller | Tryg A/S | 4/27/2015 | 7/16/2015 | 823,371.48 | 6.84556 | $ 120,278.18 | 75.0% | $ (90,208.63) | 95% | $ (28,566.07) | $ 1,503.48 | 1.3% |
| Ballast Ventures LLC Roth 401(K) Plan[13] | Joseph Herman | Danske Bank A/S | 5/22/2015 | 7/8/2015 | 4,580,203.32 | 6.7314 | $ 680,423.58 | 75.0% | $ (510,317.69) | 95% | $ (161,600.60) | $ 8,505.29 | 1.3% |
| Albedo Management LLC Roth 401(K) Plan[14] | Joseph Herman | Coloplast A/S - B | 5/22/2015 | 7/8/2015 | 1,788,477.57 | 6.7314 | $ 265,691.77 | 75.0% | $ (199,268.83) | 93% | $ (63,101.80) | $ 3,321.15 | 1.3% |
| Starsway Logistics LLC Roth 401(K) Plan[14] | Robin Jones | Coloplast A/S - B | 6/10/2015 | 7/8/2015 | 352,234.58 | 6.7314 | $ 52,327.09 | 75.0% | $ (39,245.32) | 93% | $ (12,427.68) | $ 654.09 | 1.3% |
| Starsway Logistics LLC Roth 401(K) Plan[15] | Robin Jones | Carlsberg A/S - B | 5/21/2015 | 7/20/2015 | 433,509.57 | 6.87694 | $ 63,038.15 | 75.0% | $ (47,278.61) | 93% | $ (14,971.56) | $ 787.98 | 1.3% |
| Headsail Manufacturing LLC Roth 401(K) Plan[8] | Robert Klugman | Vestas Wind Systems A/S | 6/24/2015 | 8/10/2015 | 1,987,662.81 | 6.79162 | $ 292,664.02 | 75.0% | $ (219,498.01) | n/a | $ - | $ 73,166.00 | 25.0% |
| **Total** | | | | | 49,622,048.99 | | $ 7,359,439.90 | 75.0% | $ (5,519,579.93) | 20.9% | $ (1,536,783.35) | $ 303,076.63 | 75.0% |

[a] % of Tax Refunds

Notes:
1 See Exhibit 1.02.
2 S&P Capital IQ.
3 Partnership payments are calculated by applying the partnership percentages from each plan's agreement where applicable.
4 The does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
5 ELVSIM-043599473; WH_MDL_0004246
6 ELVSIM-07846036 KC_MDL_00042466
7 ELVSIM-07846036 KC_MDL_11480
8 ELVSIM-07846030
9 ELVSIM-07846036 WH_MDL_0003260
10 ELVSIM-07846036 KC_MDL_10001
11 ELVSIM-07846036 KC_MDL_11490
12 ELVSIM-07846036 WH_MDL_00000227
13 ELVSIM-07846036 WH_MDL_00000637
14 ELVSIM-07846036 WH_MDL_0002920
15 MPSK47000100 ELVSIM-07406030; ELVSIM-07846030; WH_MDL_00029420

CONFIDENTIAL

**In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation**
**Expert Report of Bruce G. Dubinsky**
Exhibit 5.03 - Summary of Cash Flows from Sample Claims (Lehman)

| Shareholder (Pension Plan) | Plan Participant[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Guarantee % | Payment to Guarantee (USD) | Maximum Potential Amount Remaining for Plan (USD) | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Goya 23 LLC Solo 401(K) Plan[4] | Boston Bradley, Sr. | Chr Hansen Holding A/S | 1/28/2014 | 2/13/2014 | 1,296,017.82 | 5.43997 | 237,733.51 | 95.4% | (226,797.77) | 10,935.74 | 4.6% |
| FifbyEightSixty LLC Solo 401(K) Plan[4] | Danielle Tagliaentti | TDC A/S | 3/20/2014 | 5/14/2014 | 2,324,241.22 | 5.44344 | 426,980.22 | 88.6% | (378,304.48) | 48,675.75 | 11.4% |
| NYCATX LLC Solo 401(K) Plan[4] | Carl Vergari | Novo Nordisk A/S - B | 4/17/2014 | 6/4/2014 | 13,037,973.03 | 5.48286 | 2,378,298.13 | 93.9% | (2,233,221.94) | 145,076.19 | 6.1% |
| Adview Solo 401(K) Plan[5] | Sean Patrick Driscoll | A.P. Moller Maersk A/S - B | 4/17/2014 | 6/3/2014 | 4,999,428.00 | 5.47754 | 912,714.10 | 97.5% | (889,896.25) | 22,817.85 | 2.5% |
| Delgado Fox LLC Solo 401(K) Plan[6] | Bobbie Bradley | Danske Bank A/S | 4/28/2014 | 6/4/2014 | 1,778,970.60 | 5.48206 | 324,507.69 | 94.4% | (306,335.25) | 18,172.43 | 5.6% |
| The Dink 14 LLC 401(K) Plan[7] | Vincent Natoli | Carlsberg A/S - B | 4/30/2014 | 6/18/2014 | 1,124,504.64 | 5.49397 | 204,679.79 | 95.2% | (194,855.16) | 9,824.63 | 4.8% |
| The SkyBox LLC 401(K) Plan[7] | Bradley Crescenzo | Carlsberg A/S - B | 5/20/2014 | 6/18/2014 | 1,254,186.72 | 5.49397 | 228,284.23 | 95.2% | (217,326.59) | 10,957.64 | 4.8% |
| The Balntemo Management LLC 401(K) Pension Plan[8] | John LaChance | A.P. Moller Maersk A/S - A | 6/4/2014 | 7/11/2014 | 5,194,476.00 | 5.48354 | 947,285.15 | 95.2% | (901,815.46) | 45,469.69 | 4.8% |
| The MTP Wellness LLC 401(K) Plan[8] | Maryann Protaus | Coloplast A/S - B | 7/18/2014 | 5/14/2014 | 923,717.52 | 5.44344 | 169,693.71 | 95.2% | (161,548.41) | 8,145.30 | 4.8% |
| The MPP Holdings LLC 401(K) Plan[8] | Mitchell Proteus | A.P. Moller Maersk A/S - B | 7/18/2014 | 8/7/2014 | 4,408,664.00 | 5.58256 | 789,711.89 | 95.2% | (751,805.72) | 37,906.17 | 4.8% |
| The DMR Pension Plan[9] | Deston Bradley | A.P. Moller Maersk A/S - A | 4/13/2015 | 4/28/2015 | 12,805,074.54 | 6.80441 | 1,881,878.74 | 95.0% | (1,787,784.81) | 94,093.94 | 5.0% |
| The Mountain Air LLC 401(K) Plan[9] | Scott Shapiro | Novo Nordisk A/S - B | 4/21/2015 | 5/12/2015 | 21,275,624.43 | 6.64217 | 3,203,113.51 | 95.0% | (3,042,957.83) | 160,155.68 | 5.0% |
| The Joyfont Blue Pension Plan[9] | Francinc Tagliaentti | Danske Bank A/S | 4/23/2015 | 5/12/2015 | 4,947,384.42 | 6.64217 | 744,844.59 | 95.0% | (707,602.36) | 37,242.23 | 5.0% |
| The ZT Health Consulting LLC 401(K) Plan[9] | Jana Tagliaentti | Novozymes A/S - B | 4/27/2015 | 5/29/2015 | 627,934.68 | 6.7974 | 92,378.66 | 95.0% | (87,759.72) | 4,618.93 | 5.0% |
| The Lakeview Advisors 401(K) Plan[10] | Matthew Tucci | TDC A/S | 4/27/2015 | 5/29/2015 | 766,052.64 | 6.7974 | 112,697.89 | 95.0% | (107,063.00) | 5,634.89 | 5.0% |
| The Busby Black 401(K) Plan[10] | Monica Bradley | A.P. Moller Maersk A/S - B | 4/27/2015 | 5/29/2015 | 4,194,031.77 | 6.7974 | 617,005.29 | 95.0% | (586,155.03) | 30,850.26 | 5.0% |
| The Canduk Rock LLC 401(K) Plan[10] | Monica Bradley | Tryg A/S | 4/27/2015 | 5/29/2015 | 822,337.92 | 6.7974 | 120,978.30 | 95.0% | (114,929.39) | 6,048.92 | 5.0% |
| The Snow Hill Pension Plan[10] | Scott Shapiro | GN Store Nord A/S | 4/27/2015 | 7/28/2015 | 142,750.59 | 6.73434 | 21,134.65 | 95.0% | (20,077.91) | 1,056.73 | 5.0% |
| The SKSL LLC Pension Plan[10] | Scott Shapiro | Novo Nordisk A/S - B | 4/27/2015 | 7/16/2015 | 7,884,472.50 | 6.84556 | 1,151,764.43 | 95.0% | (1,094,176.21) | 57,588.22 | 5.0% |
| The Hoboken Advisors LLC 401K Plan[10] | Stacey Lopis | Vestas Wind Systems A/S | 4/27/2015 | 7/16/2015 | 1,181,660.80 | 6.84556 | 172,617.11 | 95.0% | (163,986.26) | 8,630.86 | 5.0% |
| The Snow Hill Pension Plan[10] | Scott Shapiro | Novozymes A/S - B | 4/27/2015 | 7/28/2015 | 676,834.38 | 6.75434 | 100,207.33 | 95.0% | (95,196.96) | 5,010.37 | 5.0% |
| The Bella Consultants Pension Plan[10] | Anthony Sinclair | GN Store Nord A/S | 4/28/2015 | 5/29/2015 | 145,557.73 | 6.7974 | 21,413.74 | 95.0% | (20,343.05) | 1,070.69 | 5.0% |
| CSCC Capital Pension Plan[10] | Scott Shapiro | A.P. Moller Maersk A/S - B | 5/1/2015 | 5/21/2015 | 12,785,916.42 | 6.70381 | 1,907,261.16 | 95.0% | (1,811,898.10) | 95,363.06 | 5.0% |
| The Atlantic DHR 401(K) Plan[10] | Joanne Bradley | TDC A/S | 5/1/2015 | 5/21/2015 | 745,868.52 | 6.70381 | 111,260.39 | 95.0% | (105,697.37) | 5,563.02 | 5.0% |
| The Jump Group LLC 401(K) Plan[10] | Joseph Whalen | Pandora A/S | 5/1/2015 | 5/21/2015 | 1,176,141.76 | 6.70381 | 175,742.12 | 95.0% | (166,955.01) | 8,787.11 | 5.0% |
| The Shapiro Blue Management LLC 401(K) Plan[10] | Scott Shapiro | A.P. Moller Maersk A/S - B | 5/1/2015 | 5/21/2015 | 12,783,787.74 | 6.70381 | 1,906,943.62 | 95.0% | (1,811,596.44) | 95,347.18 | 5.0% |
| The Tune Group LLC 401(K) Plan[10] | Joseph Whalen | H.Lundbeck A/S | 5/1/2015 | 5/21/2015 | 979,297.29 | 6.70381 | 146,080.70 | 95.0% | (138,776.67) | 7,304.04 | 5.0% |
| CSCC Capital Pension Plan[10] | Scott Shapiro | Coloplast A/S - B | 5/1/2015 | 5/21/2015 | 1,861,303.05 | 6.70381 | 277,648.54 | 95.0% | (263,766.11) | 13,882.43 | 5.0% |
| The Fieldcrest Pension Plan[10] | Cynthia Crescenzo | A.P. Moller Maersk A/S - A | 5/7/2015 | 7/6/2015 | 4,184,452.71 | 6.7443 | 620,442.85 | 95.0% | (589,420.71) | 31,022.14 | 5.0% |
| The Westport Advisors LLC 401(K) Plan[10] | Cynthia Crescenzo | TDC A/S | 5/7/2015 | 7/8/2015 | 748,819.89 | 6.7314 | 111,242.82 | 95.0% | (105,680.67) | 5,562.14 | 5.0% |
| The Regdeth Pension Plan[10] | Bradley Crescenzo | A.P. Moller Maersk A/S - B | 5/7/2015 | 7/8/2015 | 4,197,756.96 | 6.7314 | 623,608.31 | 95.0% | (592,427.89) | 31,180.42 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | TDC A/S | 5/7/2015 | 7/8/2015 | 807,637.23 | 6.7314 | 119,980.57 | 95.0% | (113,981.54) | 5,999.03 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | A.P. Moller Maersk A/S - A | 5/7/2015 | 7/8/2015 | 4,195,628.28 | 6.7314 | 623,292.08 | 95.0% | (592,127.47) | 31,164.60 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | Chr Hansen Holding A/S | 5/11/2015 | 7/8/2015 | 816,338.50 | 6.7314 | 121,273.21 | 95.0% | (115,209.55) | 6,063.66 | 5.0% |
| The Chambers Property Management LLC 401(K) Plan[10] | Jeffrey Chambers | Novo Nordisk A/S - B | 5/14/2015 | 7/8/2015 | 7,396,337.10 | 6.7314 | 1,099,831.52 | 95.0% | (1,044,839.96) | 57,925.68 | 5.0% |
| The Chambers Property Management LLC 401(K) Plan[10] | Jeffrey Chambers | DSV A/S | 5/14/2015 | 5/29/2015 | 290,757.46 | 6.7314 | 44,255.22 | 95.0% | (42,042.46) | 2,226.26 | 5.0% |
| The Blackbird 401(K) Plan[10] | Danielle Tucci | Coloplast A/S - B | 5/15/2015 | 7/7/2015 | 1,080,973.35 | 6.81756 | 158,557.22 | 95.0% | (150,629.36) | 7,927.86 | 5.0% |
| The Beech Tree Partners 401(K) Plan[10] | Danielle Tucci | Coloplast A/S - B | 5/15/2015 | 7/3/2015 | 1,778,265.50 | 6.72242 | 264,527.58 | 95.0% | (251,301.20) | 13,226.38 | 5.0% |
| **Total** | | | | | **148,056,127.71** | | **23,239,816.55** | **94.9%** | **(22,042,288.76)** | **1,188,527.79** | |

*% of Tax Refunds.

Notes:
1. See Exhibit 1.03.
2. S&P Capital IQ.
3. This does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
4. ELYSIUM04035198461, ELYSIUM04230997
5. FIFTYEIGHTSIXTY00000259, ELYSIUMA04092177; GYO00000000210-212
6. NYCATX00000010614, ELYSIUMA04092177 NYCATAX00000241-243
7. ELYSIUM04035499912, AGXVIEW0000000284, AGXVIEW0000000284
8. DELGADO00000310, DELGADO00000329, ELYSIUM04059912
9. ELYSIUM04059912
10. ELYSIUM04566050
11. ELYSIUM04586039913