# Exhibit 81

# Arnold & Porter Kaye Scholer LLP

### Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00006 | 2722893 | 12/10/2012 | $42,504.70 | $26.46 | $42,531.16 | ($42,531.16) | 2/12/2013 | - | |
| | 2726478 | 1/29/2013 | $5,968.60 | $135.55 | $6,104.15 | ($6,104.15) | 2/25/2014 | - | - |
| | 2739751 | 6/25/2013 | $650.00 | - | $650.00 | ($650.00) | 10/1/2013 | - | |
| | Duet II - Total | | $49,123.30 | $162.01 | $49,285.31 | ($49,285.31) | | - | - |
| | | | | | | | | | |
| | GRAND TOTAL | | $49,123.30 | $162.01 | $49,285.31 | ($49,285.31) | | - | - |

1

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355365

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn                                    December 10, 2012
Argre Management LLC
40 West 57th Street
New York, New York 10019 alicia@argremgt.com

**RE:** Duet II                                                **Invoice#:** 722893
**Our File Number:**00647/0006                                 **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|            |                                                                                                                          | Hours |
|------------|--------------------------------------------------------------------------------------------------------------------------|-------|
| 11/16/2012 | Ben-Jacob, Michael                                                                                                        | 1.25  |
|            | Call with Rich re: new transaction. Follow-up call with Woody.                                                           |       |
| 11/16/2012 | Wells, Peter B                                                                                                            | 4.67  |
|            | Call with group re new transaction. Work on issues re the same.                                                         |       |
| 11/18/2012 | Ben-Jacob, Michael                                                                                                        | 3.50  |
|            | Review LP Agreement, PPM and related documents documents. Related call with Woody and emails to Woody re: questions.    |       |
| 11/18/2012 | Wells, Peter B                                                                                                            | 4.83  |
|            | Review materials related new transaction.                                                                                |       |
| 11/19/2012 | Ben-Jacob, Michael                                                                                                        | 5.50  |
|            | Documents, editing same, calls with Peter, Patrick, Woody on related issues, related emails.                            |       |
| 11/19/2012 | Wells, Peter B                                                                                                            | 5.33  |
|            | Meet with group to discuss new transaction. Follow-up on issues re the same. Work on loan agreement. Work on KYC issues. |       |
| 11/20/2012 | Ben-Jacob, Michael                                                                                                        | 0.17  |
|            | Attention to miscellaneous emails.                                                                                       |       |
| 11/20/2012 | Wells, Peter B                                                                                                            | 4.00  |
|            | Work on issues related to due diligence for transaction. Draft and revise loan agreement. Work on UK tax issues. Call with Mr. Lewin. |       |
| 11/21/2012 | Ben-Jacob, Michael                                                                                                        | 3.17  |
|            | Attention to draft documents, further comments on same, follow up on various open questions.                            |       |
| 11/21/2012 | Wells, Peter B                                                                                                            | 6.50  |
|            | Work on issues related to Duet transaction. Call with Mr. Woodard, Mr. Michel and Mr. Mason re various issues. Work on loan agreement. Discuss various issues with Mr. Ben-Jacob. |       |
| 11/23/2012 | Ben-Jacob, Michael                                                                                                        | 0.25  |
|            | Attention to miscellaneous emails.                                                                                       |       |
| 11/23/2012 | Wells, Peter B                                                                                                            | 4.50  |

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                  December 10, 2012

RE: Duet II                                                      **Invoice#:** 722893
**Our File Number:** 00647/0006                                 **PAGE:**   2

---

|            |                                                                                                                      |       |
|------------|----------------------------------------------------------------------------------------------------------------------|-------|
|            | Work on issues related to Duet transaction. Correspondence and research related to filing requirements. Research and correspondence re qualified client reps. |       |
| 11/24/2012 | Ben-Jacob, Michael                                                                                                   | 0.25  |
|            | Attention to emails from Rich regarding call with Duet and general catch up.                                         |       |
| 11/25/2012 | Ben-Jacob, Michael                                                                                                   | 0.67  |
|            | Call with Duet and Argre regarding group to review Scotia Bank questionnaire.                                        |       |
| 11/25/2012 | Wells, Peter B                                                                                                       | 1.50  |
|            | Call with Duet re upcoming call with Scotia. Follow-up on related matters.                                           |       |
| 11/26/2012 | Wells, Peter B                                                                                                       | 0.75  |
|            | Work on issues related securities law issues re transaction.                                                         |       |
| 11/27/2012 | Ben-Jacob, Michael                                                                                                   | 3.50  |
|            | Call with Rich and Adam to discuss revised documents; related updates and discussion with Peter.                    |       |
| 11/27/2012 | Wells, Peter B                                                                                                       | 4.58  |
|            | Call with Argre re documents. Review and revise the same.                                                            |       |
| 11/28/2012 | Wells, Peter B                                                                                                       | 0.50  |
|            | Work on issues related to draft deal documents.                                                                      |       |
| 11/29/2012 | Ben-Jacob, Michael                                                                                                   | 0.25  |
|            | Call with Rich re: Duet docs.                                                                                         |       |
| 11/29/2012 | Wells, Peter B                                                                                                       | 2.75  |
|            | Review revised Duet documents. Work on SEC issues.                                                                   |       |
| 11/30/2012 | Ben-Jacob, Michael                                                                                                   | 1.00  |
|            | Call with Duet and Rich re: Doc., status and next steps.                                                             |       |
| 11/30/2012 | Wells, Peter B                                                                                                       | 4.25  |
|            | Call with Duet and Argre group. Work on loan agreement and rep letter and follow-up re the same.                    |       |

                                            Total Hours................    63.67

                    Fees through 11/30/2012.....................................    $42,504.70


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                     | Rate     | Hours  | Fees        |
|---------------------|----------|--------|-------------|
| Ben-Jacob, Michael  | $730.00  | 19.51  | $14,242.30  |
| Wells, Peter B      | 640.00   | 44.16  | 28,262.40   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355367**

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                December 10, 2012

RE: Duet II                                          Invoice#: 722893
Our File Number: 00647/0006                                PAGE:    3

---

| | | |
|---|---:|---:|
| Fees through 11/30/2012............... | 63.67 | $42,504.70 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2012-----------------------\*
| | |
|---|---:|
| Duplicating | $5.60 |
| Conference & Legal Staff/Travel Working Meals | 20.86 |
| Total Costs through 11/30/2012........................ | $26.46 |

| | |
|---|---:|
| Fees this Invoice........................................................... | $42,504.70 |
| Costs this Invoice.......................................................... | $26.46 |
| **Total Due this Invoice............................................** | **$42,531.16** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1872823

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 722893
Total Amount Due: $42,531.16

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355369

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    John H. van Merkensteijn
      Argre Management LLC
      40 West 57th Street
      New York, New York  10019 alicia@argremgt.com

January 16, 2013

**RE:** Duet II
**Our File Number:**00647/0006

**Invoice#:** 726478
**PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

| | | Hours |
|---|---|---|
| 12/02/2012 | Ben-Jacob, Michael | 0.50 |
| | Review draft opinion from Belgian counsel. | |
| 12/03/2012 | Wells, Peter B | 3.33 |
| | Call with Duet re status. Follow-up on due diligence issues re the same. | |
| 12/04/2012 | Ben-Jacob, Michael | 0.33 |
| | Review/edit PPM and related documents. | |
| 12/04/2012 | Wells, Peter B | 1.75 |
| | Draft and revise letter re GP. Work on related diligence matters. | |
| 12/05/2012 | Ben-Jacob, Michael | 0.33 |
| | Attention to draft deal documents. | |
| 12/05/2012 | Wells, Peter B | 1.50 |
| | Work on issues to transaction. | |
| 12/06/2012 | Ben-Jacob, Michael | 0.08 |
| | Attention to misc. emails. | |
| 12/06/2012 | Ben-Jacob, Michael | 0.58 |
| | Attention to draft documents.  Related emails. | |
| 12/06/2012 | Wells, Peter B | 0.67 |
| | Prepare for and participate in call re transaction. | |

Total Hours.................  9.07

Fees through 12/31/2012.....................................  $5,968.60

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 1.82 | $1,328.60 |
| Wells, Peter B | 640.00 | 7.25 | 4,640.00 |
| Fees through 12/31/2012.............. | | 9.07 | $5,968.60 |

\*------------------------COSTS ADVANCED THROUGH 12/31/2012------------------------\*

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                      January 16, 2013

RE: Duet II                                                      Invoice#: 726478
Our File Number: 00647/0006                                        PAGE:    2

| | | |
|---|---|---|
| Transportation | | $135.55 |
| Total Costs through 12/31/2012......................... | | $135.55 |

\*-------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 722893 | 12/10/2012 | $42,531.16 |
| Prior Balance Due.............................................................. | | $42,531.16 |

| | |
|---|---|
| Fees this Invoice................................................................ | $5,968.60 |
| Costs this Invoice............................................................... | $135.55 |
| Total Due this Invoice........................................................ | $6,104.15 |
| Prior Balance Due (from above)................................... | 42,531.16 |
| **TOTAL DUE**............................................................ | **$48,635.31** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355371**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672823

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 726478
Total Amount Due: $48,635.31

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  John H. van Merkensteijn                                    June 25, 2013
     40 West 57th Street
     New York, New York 10019
     alicia@argremgt.com


**RE:** Duet II                                                  **Invoice#:** 739751
**Our File Number:**00647/0006                                   **PAGE:**    1


## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2013

|                                                                          | **Hours** |
|--------------------------------------------------------------------------|-----------|
| 05/06/2013  Wells, Peter B                                               | 1.00      |
| Review partnership agreements and draft termination document.            |           |
| Total Hours................                                              | 1.00      |
| Fees through 05/31/2013....................................  $650.00      |           |


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Wells, Peter B     | $650.00  | 1.00  | $650.00  |
| Fees through 05/31/2013............... | | 1.00  | $650.00  |


\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| Invoice#  | Date         | Amount     |
|-----------|--------------|------------|
| 726478    | 01/29/2013   | $6,104.15  |
| Prior Balance Due........................................................... | | $6,104.15 |


| Fees this Invoice................................................... | $650.00   |
|---------------------------------------------------------------------|-----------|
| Total Due this Invoice.............................................. | $650.00   |
| Prior Balance Due (from above)..................................... | 6,104.15  |
| **TOTAL DUE**........................................................ | **$6,754.15** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355373**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 739751
Total Amount Due: $6,754.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355374



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Total Amount Due: $6,754.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355375